UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**  )  Magistrate Case No. 08 MJ 2227
 ) 
Plaintiff,  )  COMPLAINT FOR VIOLATION OF
 )
v.  )
 )
**Armando LOPEZ**  )  Title 8, U.S.C., Section 1324(a)(2)(B)(iii)
 )  Bringing in Illegal Alien(s)
 )  Without Presentation
Defendant.  )
_____)

FILED
08 JUL 22 AM 9: 55
CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CA...
DEPUTY

The undersigned complainant being duly sworn states:

On or about **July 21, 2008**, within the Southern District of California, defendant **Armando LOPEZ,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, **Alma SANCHEZ-Ponce,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESCENCE, THIS **22nd** DAY OF **JULY, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Alma SANCHEZ-Ponce** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 21, 2008, at approximately 4:40 AM **Armando LOPEZ (Defendant)** made application for admission into the United States from Mexico at the Otay Mesa Port of Entry as the driver and sole visible occupant of a 1996 silver Ford Windstar. Defendant presented his valid California birth certificate bearing his name, and a valid California Driver license bearing his name and photograph to a United States Customs and Border Protection (CBP) Officer. Defendant stated to the CBP Officer he was a construction worker going to work in San Diego.

The CBP Officer utilized a high density reading apparatus to examine the driver side panel of the vehicle and obtained a high density read for that area of the vehicle. The CBP Officer requested the keys to the vehicle and asked Defendant if he was bringing anything from Mexico. Defendant stated he was not bringing anything from Mexico. The CBP Officer proceeded to conduct an inspection of the vehicle, removed a cup holder from the interior driver side panel of the vehicle, and discovered a human being concealed inside a modified compartment. Defendant and the vehicle were escorted to the secondary inspection area for a more thorough inspection.

During secondary inspection, a CBP Officer removed two rear bench seats and found tools inside the vehicle in order to access the driver side panel of the vehicle. The CBP Officer detached the driver side panel of the interior of the vehicle and assisted a female human being in exiting the modified compartment. The individual was determined to be a citizen of Mexico with no entitlements to enter the United States. The individual was retained as a Material Witness and is now identified as **Alma SANCHEZ-Ponce.**

During a video recorded interview, Defendant was advised of his Miranda Rights, acknowledged his rights and elected to answer questions without the benefit of counsel. Defendant stated he was hired to drive a vehicle and admitted he was smuggling people into the United States. Defendant stated if successful in smuggling, he would be paid $550.00 United States Dollars (USD).

During a separate video recorded interview, Material Witness declared she is a citizen of Mexico with no legal rights or documents to enter the United States. Material Witness said she was going to pay between $2,500.00 to $3,000.00 USD to be smuggled into the United States. Material Witness said she was going to Hartford, Connecticut to reunite with family and seek employment.