# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER  08mj2227
                         )
vs                       )  ABSTRACT OF ORDER
                         )
                         )  Booking No. 10339298
ARMANDO LOPEZ            )
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7/28/8__ the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__X__ Defendant released on $ __25,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
      _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by
_____ Deputy Clerk
J. JARABEK

Received _____ DUSM

Crim-9   (Rev 6-95)                                      ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY