UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff )<br> )<br>vs. )<br> )<br>ARMANDO LOPEZ )<br>    Defendant(s) ) | CRIMINAL NO. 08CR 2566-W<br>08mj 2227<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,    **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

ALMA SANCHEZ-PONCE

DATED: 8/5/8

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
          DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
       Deputy Clerk

**J. JARABEK**

☆ U.S. GPO: 2003-581-774/70082

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95